*Formatted for Electronic Distribution*                                                                          *Not for Publication*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF VERMONT

_____

In re:

    **David T. Punia,**                                                                                            Chapter 13 Case
          **Debtor.**                                                                                               #07-10342

_____

| | | |
|---|---|---|
| *Appearances:* | *David W. Lynch, Esq.* | *Will Severn Baker, Esq.* |
| | *Burlington, VT* | *Montpelier, VT* |
| | *Attorney for Debtor* | *Assistant Attorney General* |
| | | *Vermont Department of Taxes* |

### ORDER DENYING DEBTOR'S MOTION FOR TURNOVER

For the reasons set forth in the Memorandum of Decision of even date, IT IS HEREBY ORDERED that the Debtor's Motion for Turnover is denied.

SO ORDERED.

November 13, 2007                                                                                  _____
Rutland, Vermont                                                                                   Colleen A. Brown
                                                                                                    United States Bankruptcy Judge

Filed & Entered
On Docket
November 13, 2007